AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of Massachusetts

Comcast of Massachusetts III, Inc.

V.

Chris Keating

## SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-40244**

TO: (Name and address of Defendant)

Chris Keating
30 Carrie-Ann Lane
Fitchburg, MA 01420

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John M. McLaughlin
Green, Miles, Lipton & Fitz-Gibbon
P.O. Box 210
77 Pleasant Street
Northampton, MA 01061-0210
(413) 586-8218

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**
CLERK

_____
(By) DEPUTY CLERK

November 23, 2004
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| DATE |

**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

12/07/2004

I hereby certify and return that on 12/04/2004 at 10:25am I served a true and attested copy of the Summons & Complaint for Violations of 47 U.S.C. Sec. 553, Civil Cover Sheet, Corporation Disclosure Statement, Case Cover Sheet in this action in the following manner: To wit, by leaving at the last and usual place of abode of CHRIS KEATING, by delivering in hand to PAULA KEATING, WIFE at 30 CARRIE ANN LN, FITCHBURG, MA and by mailing first class mail to the above address on 12/07/2004. Fees: Service 20.00, Travel 21.12, Conveyance 2.00, Attest 10.00 & Postage and Handling 3.00, Total Fees: $56.12

Deputy Sheriff John J Curran

_Deputy Sheriff_

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
Date                                    Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.