UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Comcast of Massachusetts III, Inc.  )   Case No.: 04-40244 FDS
                                    )
    Plaintiff,                      )   STIPULATION OF DISMISSAL
                                    )   WITH PREJUDICE
    vs.                             )
                                    )
Chris Keating                       )
                                    )
    Defendant                       )
                                    )

The parties to the above-entitled action have agreed to settle this matter, pursuant to the provisions of Fed. R. Civ. P. 41(1)(a)(i), hereby stipulate that said action be dismissed with prejudice and without cost to either party.

                                    Respectfully Submitted for the Plaintiff,
                                    Comcast of Massachusetts III, Inc.
                                    By Its Attorney,

2/28/05
Date                                John M. McLaughlin
                                    **Green, Miles, Lipton & Fitz-Gibbon**
                                    77 Pleasant Street
                                    P.O. Box 210
                                    Northampton, MA 01061
                                    Telephone: (413) 586-0865
                                    BBO No. 556328

1

Respectfully Submitted for the Defendant,
Chris Keating.
By His Attorney,

3/7/05
Date

Harry D. Quick III
O'Connor and Ryan, P.C.
61 Academy Street
Fitchburg, MA 01420-7517